UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
RAS Citron, LLC
130 Clinton Road, Suite 202
Fairfield, NJ 07004
Telephone Number 973-575-0707
Attorneys For Secured Creditor U.S. Bank Trust
National Association, not in its individual capacity
but solely as owner trustee for VRMTG Asset Trust

| | |
|---|---|
| In Re: | Case No.:     <u>19-21655-JKS</u> |
| Eric S. Keiper | Adversary No.:     _____ |
| dba Keipco, LLC | Chapter:     <u>13</u> |
| Debtor, | Judge:     <u>John K. Sherwood</u> |

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated.  A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:     <u>U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for VRMTG Asset Trust</u>
(Example: John Smith, creditor)

Old address:     <u>Selene Finance, LP</u>
                         <u>Attn: BK Dept.</u>
                         <u>9990 Richmond Ave. Suite 400 South</u>
                         <u>Houston,  TX  77042</u>

New address:     (Notices) <u>Selene Finance, LP</u>
                         <u>Attn: BK Dept.</u>
                         <u>3501 Olympus Blvd, Suite 500</u>
                         <u>Dallas, TX 75019</u>

                         (Payments) <u>Selene Finance, LP</u>
                         <u>Attn: BK Dept.</u>
                         <u>3501 Olympus Blvd, Suite 500</u>
                         <u>Dallas, TX 75019</u>

New phone no.:
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true.  If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Dated 6/7/2022                    /s/Harold Kaplan
                                     Signature

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on ___June 16, 2022__, I electronically filed the Request for Notice with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

**Eric S. Keiper**
616 Sandra Lane
Landing, NJ 07850

And via electronic mail to:

**Stephen B. McNally**
McNally & Busche, L.L.C.
93 Main Street
Suite 201
Newton, NJ 07860

**Marie-Ann Greenberg**
Chapter 13 Standing Trustee
30 Two Bridges Rd
Suite 330
Fairfield, NJ 07004-1550

**U.S. Trustee**
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102

By: /s/ Angela Gill