Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF JULY 7, 2022

**Chapter 13 Case # 19-21655**

Re:   ERIC S. KEIPER  
      616 SANDRA LANE  
      LANDING, NJ  07850

Atty:  STEPHEN B. MCNALLY  
      MCNALLY & BUSCHE, L.L.C.  
      93 MAIN STREET  
      SUITE 201  
      NEWTON, NJ  07860

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

## RECEIPTS   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 07/03/2019 | $1,175.00 | 5990355000 | 08/02/2019 | $1,175.00 | 6064031000 |
| 09/05/2019 | $1,175.00 | 6153876000 | 09/13/2019 | $205.00 | 6173910000 |
| 10/03/2019 | $1,380.00 | 6228458000 | 11/05/2019 | $1,380.00 | 6309214000 |
| 12/04/2019 | $1,380.00 | 6380537000 | 01/06/2020 | $1,380.00 | 6460322000 |
| 02/05/2020 | $1,380.00 | 6539035000 | 03/04/2020 | $1,380.00 | 6615481000 |
| 04/06/2020 | $1,380.00 | 6693608000 | 05/05/2020 | $1,380.00 | 6768420000 |
| 06/05/2020 | $1,380.00 | 6846626000 | 07/06/2020 | $1,380.00 | 6920302000 |
| 08/05/2020 | $1,380.00 | 6993982000 | 08/31/2020 | $1,380.00 | 7048732000 |
| 10/05/2020 | $1,380.00 | 7134756000 | 11/06/2020 | $1,380.00 | 7216548000 |
| 12/07/2020 | $1,380.00 | 7288888000 | 01/06/2021 | $1,380.00 | 7362454000 |
| 02/05/2021 | $1,380.00 | 7435481000 | 03/04/2021 | $1,380.00 | 7500380000 |
| 04/06/2021 | $1,380.00 | 7580962000 | 05/05/2021 | $1,380.00 | 7653095000 |
| 06/07/2021 | $1,380.00 | 7724757000 | 07/07/2021 | $1,380.00 | 7794490000 |
| 08/09/2021 | $1,380.00 | 7866444000 | 09/08/2021 | $1,380.00 | 7935042000 |
| 10/08/2021 | $1,380.00 | 8002999000 | 11/08/2021 | $1,380.00 | 8070387000 |
| 12/06/2021 | $1,380.00 | 8128301000 | 01/10/2022 | $1,380.00 | 8201194000 |
| 02/07/2022 | $1,380.00 | 8263247000 | 03/07/2022 | $1,380.00 | 8321767000 |
| 04/11/2022 | $1,380.00 | 8396583000 | 05/06/2022 | $1,380.00 | 8453090000 |

**Total Receipts: $47,890.00  -  Amount Refunded to Debtor: $758.32  =  Receipts Applied to Plan: $47,131.68**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 2,837.12 | IN SUMMARY |
| ATTY | ATTORNEY | ADMIN | 3,000.00 | 100.00% | 3,000.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | US BANK TRUST NATIONAL ASSOCIATIO | MORTGAGE ARRE | 41,294.56 | 100.00% | 41,294.56 | 0.00 |

**Total Paid: $47,131.68**
See Summary

## LIST OF PAYMENTS TO CLAIMS   (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| US BANK NATIONAL ASSOCIATION | | | | | | |
| | 02/10/2020 | $5,232.96 | 842541 | 03/16/2020 | $1,308.24 | 844411 |
| | 04/20/2020 | $1,308.24 | 846361 | 05/18/2020 | $1,242.00 | 848326 |
| | 06/15/2020 | $1,242.00 | 850011 | 07/20/2020 | $1,276.50 | 851765 |
| | 08/17/2020 | $1,276.50 | 853652 | 09/21/2020 | $1,276.50 | 855420 |
| | 10/19/2020 | $1,276.50 | 857341 | 11/16/2020 | $1,276.50 | 859132 |
| | 12/21/2020 | $1,276.50 | 860900 | 01/11/2021 | $1,276.50 | 862796 |
| | 02/22/2021 | $1,276.50 | 864326 | 03/15/2021 | $1,276.50 | 866302 |
| | 04/19/2021 | $1,276.50 | 867863 | 05/17/2021 | $1,276.50 | 869816 |
| | 06/21/2021 | $1,297.20 | 871577 | 07/19/2021 | $1,297.20 | 873435 |
| | 08/16/2021 | $1,297.20 | 875125 | 09/20/2021 | $1,297.20 | 876844 |
| | 10/18/2021 | $1,297.20 | 878641 | 11/17/2021 | $1,311.00 | 880351 |
| | 12/13/2021 | $1,311.00 | 882004 | 01/10/2022 | $1,311.00 | 883643 |
| | 02/14/2022 | $1,311.00 | 885313 | 03/14/2022 | $1,311.00 | 887048 |
| | 04/18/2022 | $1,331.70 | 888702 | 05/16/2022 | $1,331.70 | 890473 |
| US BANK TRUST NATIONAL ASSOCIATION | | | | | | |
| | 06/20/2022 | $599.92 | 893649 | | | |
| Wells Fargo Bank, N.A | | | | | | |
| | 10/21/2019 | $615.30 | 836493 | 11/18/2019 | $1,308.24 | 838486 |
| | 12/13/2019 | ($1,308.24) | 0 | | | |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: July 07, 2022.

Receipts: $47,131.68        -    Paid to Claims: $41,294.56    -    Admin Costs Paid: $5,837.12    =    Funds on Hand: $0.00

Unpaid Balance to Claims: $0.00        +    Unpaid Trustee Comp: $0.00        =    Total Unpaid Balance: **$0.00

**NOTE**:  THIS IS AN APPROXIMATE BALANCE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY  AFFECT THE AMOUNT TO COMPLETE THE PLAN.